21-0757
11/29/2021 11:34 AM
tex-59505534
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-10012

_____

United States Court of Appeals
Fifth Circuit

**FILED**

November 29, 2021

Lyle W. Cayce
Clerk

FRYMIRE HOME SERVICES, INCORPORATED; WHITFIELD
CAPITAL, L.L.C.,

*Plaintiffs—Appellants,*

*versus*

OHIO SECURITY INSURANCE COMPANY,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-1938

_____

ORDER:

IT IS ORDERED that the joint unopposed motion of the parties to dismiss appeal pursuant to Fed. R. App. P. 42 is GRANTED. Counsel are directed to advise the Texas Supreme Court of this order.

/s/ *Catharina Haynes*
CATHARINA HAYNES
*United States Circuit Judge*

**A True Copy**
**Certified order issued Nov 29, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below:

Diane Ferguson on behalf of Mark Tillman
Bar No. 794742
diane.ferguson@tb-llp.com
Envelope ID: 59505534
Status as of 11/29/2021 11:48 AM CST

Associated Case Party: OHIO SECURITY INSURANCE COMPANY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark David Tillman | 794742 | mark.tillman@tb-llp.com | 11/29/2021 11:34:51 AM | SENT |
| Salina Kabani | 24067484 | salina.kabani@tb-llp.com | 11/29/2021 11:34:51 AM | SENT |
| Michael Chester Diksa | 24012531 | mike.diksa@tb-llp.com | 11/29/2021 11:34:51 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Diane Ferguson | | diane.ferguson@tb-llp.com | 11/29/2021 11:34:51 AM | SENT |
| Kirsten M. Castaneda | 792401 | kcastaneda@adjtlaw.com | 11/29/2021 11:34:51 AM | SENT |
| Steven John Badger | 1499050 | sbadger@zelle.com | 11/29/2021 11:34:51 AM | SENT |
| Shannon Marie O'Malley | 24037200 | somalley@zelle.com | 11/29/2021 11:34:51 AM | SENT |
| Rosemary Sanchez | | sanchez@bergmangray.com | 11/29/2021 11:34:51 AM | SENT |

Associated Case Party: FRYMIRE HOME SERVICES, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jay K.Gray | | gray@bergmangray.com | 11/29/2021 11:34:51 AM | SENT |
| Andrew A.Bergman | | bergman@bergmangray.com | 11/29/2021 11:34:51 AM | SENT |